LAW LIBRARY

NO. 29429

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JEAN R. KIKUMOTO CLERK, APPELLATE COURTS STATE OF HAWAI'I

2010 APR 12 PM 1:57

FILED

STATE OF HAWAI'I, Petitioner-Appellee,

vs.

MATSU THORNTON, Respondent-Appellee,

and

HOWARD GIPSON, Defendant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-0202)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioner-appellee State of Hawaii's application for writ of certiorari, filed March 15, 2010, is hereby rejected.

DATED:  Honolulu, Hawai'i,  April 12, 2010.

James M. Anderson,
Deputy Prosecuting
Attorney, for
petitioner-appellee

FOR THE COURT:

Chief Justice

SEAL — APPELLATE COURTS STATE OF HAWAI'I

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Nishimura, in place of Recktenwald, J., recused.